```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                 Plaintiff,

        - against -                            O R D E R

THOMPSON HUNT AND ASSOCIATES, LTD., CARL       24 Civ. 6035 (NRB)
ARNAL a/k/a MICHAEL J. COHEN, CHRISTOPHER
VAUGHAN, BROOKDALE CONSULTANTS LLC, GROWTH
POINT CONSULTANTS, INC., DAMON ARTIS, and
RICHARD GAVZIE

                 Defendants.

----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


   **WHEREAS** plaintiff commenced this action by filing a complaint

on August 8, 2024, ECF No. 1; and


   **WHEREAS** defendant Carl Arnal, who does not purport to be a

licensed attorney, filed an answer on behalf of co-defendant

Thompson Hunt and Associates, Ltd. ("Thompson Hunt"), ECF No. 7;

and


   **WHEREAS**, while individuals may appear <u>pro se</u>, corporate

parties may not proceed <u>pro se</u> and must be represented by counsel,

and failure to appear by counsel may result in the entry of a

default judgment, <u>see</u> <u>Lattanzio v. COMTA</u>, 481 F.3d 137, 140 (2d

Cir. 2007); it is hereby

**ORDERED** that defendant Thompson Hunt has 30 days to retain counsel and that failure to do so will result in the entry of a default.


Dated:    New York, New York
          October 1, 2024

                                         _____
                                         NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE