```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

     - against -                                    O R D E R

THOMPSON HUNT AND ASSOCIATES, LTD., CARL            24 Civ. 6035 (NRB)
ARNAL a/k/a MICHAEL J. COHEN, CHRISTOPHER
VAUGHAN, BROOKDALE CONSULTANTS LLC, GROWTH
POINT CONSULTANTS, INC., DAMON ARTIS, and
RICHARD GAVZIE

                Defendants.

-------------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** the Court issued an Order on October 1, 2024 directing defendant corporation Thompson Hunt and Associates, Ltd. ("Thompson Hunt") to appear by counsel within 30 days, ECF No. 26; and

**WHEREAS** subsequent to that Order, the Court received from defendant Carl Arnal a Motion in Opposition to Plaintiff's Motion to Strike the Answer of Defendant Thompson Hunt, ECF No. 27, and from plaintiff Securities and Exchange Commission a Reply Memorandum in Support of Plaintiff's Motion to Strike the Answer of Thompson Hunt, ECF No. 32; and

**WHEREAS** the Court rejects the argument advanced in defendant Arnal's Motion in Opposition, ECF No. 27; it is hereby

1

**ORDERED** that the Court's Order of October 1, 2024 remains in effect.

Dated:    New York, New York
             October 11, 2024

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE