```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,
                         Plaintiff,

         - against -

THOMPSON HUNT AND ASSOCIATES,
LTD., CARL ARNAL a/k/a MICHAEL J.              ORDER
COHEN, CHRISTOPHER VAUGHAN,
BROOKDALE CONSULTANTS LLC, GROWTH              24 Civ. 6035 (NRB)
POINT CONSULTANTS, INC., DAMON
ARTIS, and RICHARD GAVZIE,

                         Defendants.

----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** plaintiff Securities and Exchange Commission commenced this action by filing a complaint on August 8, 2024, ECF No. 1; and

**WHEREAS** on September 4, 2024, defendant Carl Arnal, who does not purport to be a licensed attorney, filed an answer pro se on behalf of corporate co-defendant Thompson Hunt and Associates, Ltd. ("Thompson Hunt"), ECF No. 7; and

**WHEREAS** on October 1, 2024, this Court ordered Thompson Hunt to retain counsel within 30 days, stating that failure to do so would result in the entry of a default, ECF No. 26; and

**WHEREAS** no notice of appearance has been filed by an attorney on behalf of Thompson Hunt; it is hereby

**ORDERED** that the Clerk of the Court enter default as against Thompson Hunt and Associates, Ltd.

Dated:   New York, New York
         December 3, 2024

                                                       _____
                                                       NAOMI REICE BUCHWALD
                                                       UNITED STATES DISTRICT JUDGE