```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

SECURITIES AND EXCHANGE COMMISSION,
                         Plaintiff,

        - against -

THOMPSON HUNT AND ASSOCIATES, LTD.,
CARL ARNAL a/k/a MICHAEL J. COHEN,
CHRISTOPHER VAUGHAN, BROOKDALE                ORDER
CONSULTANTS LLC, GROWTH POINT
CONSULTANTS, INC., DAMON ARTIS, and       24 Civ. 6035 (NRB)
RICHARD GAVZIE,

                         Defendants.

----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on August 8, 2024, plaintiff Securities and Exchange Commission commenced this action by filing a Complaint, ECF No. 1; and

**WHEREAS** on October 29, 2024, defendants Damon Artis and Richard Gavzie filed Answers to the Complaint, ECF Nos. 36 and 37, respectively; and

**WHEREAS** on November 19, 2024, plaintiff Securities and Exchange Commission filed a motion to strike certain affirmative defenses made by defendants Artis and Gavzie in their Answers, ECF No. 40, and an accompanying memorandum of law, ECF No. 41; and

**WHEREAS** this Court has implemented Individual Practice 2.B., which requires a party to file a letter request for a pre-motion conference before making any motion; and

**WHEREAS** plaintiff filed its motion to strike without submitting a request for a pre-motion conference; it is hereby

**ORDERED** that the Clerk of Court is directed to strike from the docket plaintiff's motion to strike, ECF No. 40, and accompanying memorandum of law, ECF No. 41; and it is further

**ORDERED** that if plaintiff wishes to file a motion to strike, plaintiff should comply with this Court's Individual Practice 2.B.; and it is further

**ORDERED** that, if plaintiff chooses to make such a submission, defendants Artis and Gavzie submit a reply within three business days, as provided by this Court's Individual Practice 2.B.

Dated:   New York, New York
         December 9, 2024

                                       NAOMI REICE BUCHWALD
                                       UNITED STATES DISTRICT JUDGE