```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,
                                              24 Civ. 6035(NRB)
        - against -
                                                 **NOTICE OF
THOMPSON HUNT AND ASSOCIATES, LTD.,            TELECONFERENCE**
CARL ARNAL a/k/a MICHAEL J. COHEN,
CHRISTOPHER VAUGHAN, BROOKDALE
CONSULTANTS LLC, GROWTH POINT
CONSULTANTS, INC., DAMON ARTIS, and
RICHARD GAVZIE,

                Defendants.

---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Counsel are directed to appear for a teleconference with the Court on the date and time listed below. The dial-in and passcode information will be posted to ECF on the date of the teleconference.

Requests for an adjournment may be made only in writing and must be received not later than three business days before the teleconference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate <u>several</u> times and dates in the near future when all counsel are available. Unless counsel are notified that the teleconference has been adjourned, it will be held as scheduled.

**If any defendant has not appeared by counsel, plaintiffs' counsel must forthwith send a copy of this notice to any unrepresented party.**

**Date and time of teleconference: Wednesday, January 15, 2025 at 2:00 p.m.**

**IT IS SO ORDERED.**

DATED:    December 20, 2024
          New York, New York

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE