```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,
                            Plaintiff,

         - against -

THOMPSON HUNT AND ASSOCIATES,
LTD., CARL ARNAL a/k/a MICHAEL J.             ORDER
COHEN, CHRISTOPHER VAUGHAN,
BROOKDALE CONSULTANTS LLC, GROWTH           24 Civ. 6035 (NRB)
POINT CONSULTANTS, INC., DAMON
ARTIS, and RICHARD GAVZIE,

                            Defendants.

----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on October 29, 2024, counsel for defendant Richard Gavzie attempted to file a pro hac vice motion for attorney Elon Berk that was rejected by the Clerk of Court because it did not contain a Certificate of Good Standing, ECF No. 35; and

**WHEREAS** on the same day counsel for defendants Damon Artis and Gavzie filed Answers to the Complaint signed by attorneys Berk and Dmitry Gurovich, respectively, ECF Nos. 36-37; and

**WHEREAS** on the same day counsel for defendants Artis and Gavzie filed a letter requesting that the Court "accept Answers . . . on behalf of both defendants . . . with the understanding that

[] pro hac vice motions [for Berk and Gurovich] will be filed as soon as possible[,]" ECF No. 38; and

**WHEREAS** on October 31, 2024, the Court so-ordered counsel's letter request, ECF No. 39; and

**WHEREAS** the Court held a conference on January 15, 2025 during which Berk and Gurovich were reminded of their obligations to submit compliant pro hac vice motions and Berk and Gurovich assured the Court they would do so; and

**WHEREAS** the Court contacted Berk by telephone on February 12, 2025 and reminded him of his obligation to submit compliant pro hac vice motions and Berk assured the Court that he would file such motions by February 14, 2025; and

**WHEREAS** to date, neither counsel has filed a compliant pro hac vice motion; it is hereby

**ORDERED** that, unless compliant pro hac vice motions are filed on or before March 11, 2025, neither Berk nor Gurovich may appear on behalf of defendants Artis and Gavzie and the prior Answers, ECF Nos. 36-37, will be struck from the docket.

Dated:   New York, New York
         March 4, 2025

```
                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE
```