```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,
                                Plaintiff,

        - against -

THOMPSON HUNT AND ASSOCIATES,
LTD., CARL ARNAL a/k/a MICHAEL J.                ORDER
COHEN, CHRISTOPHER VAUGHAN,
BROOKDALE CONSULTANTS LLC, GROWTH          24 Civ. 6035 (NRB)
POINT CONSULTANTS, INC., DAMON
ARTIS, and RICHARD GAVZIE,

                                Defendants.

----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on July 24, 2025, plaintiff Securities and Exchange Commission filed a letter requesting leave to file a motion to compel defendants Damon Artis ("Artis") and Richard Gavzie ("Gavzie") to serve their initial disclosures and responses to plaintiff's discovery requests, ECF No. 70, and reciting plaintiff's discovery requests and compliance with Rule 37(a)(1) and notifies the Court regarding the non-responsiveness of defendants Artis and Gavzie; it is hereby

**ORDERED** that defendants Artis and Gavzie serve their initial disclosures and responses to plaintiff's discovery requests on or

before August 6, 2025, and that failure to do so without a sufficient explanation will result in the imposition of sanctions.

Dated:   New York, New York
         July 25, 2025

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE