

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

NEW YORK
REGIONAL OFFICE

> Application granted.
>
> SO ORDERED.
>
> */s/ Naomi Reice Buchwald*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated:   October 24, 2025
>          New York, New York

October 23, 2025

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>SEC v. Thompson Hunt and Associates, Ltd., et al., No. 24-cv-6035</u>

Dear Judge Buchwald:

      Plaintiff Securities and Exchange Commission ("SEC"), respectfully requests that the Court stay this action and adjourn all deadlines due to a lapse in federal government appropriations. Defendants Vaughan, Arnal, and Artis consent to this request. Counsel for Defendant Richard Gavzie did not respond to requests for his client's consent.

      Under the current case management plan, fact discovery closes November 26, 2025. Dkt. 64. In addition, by October 27, 2025, the parties are required to file a proposed expert discovery schedule or, if no expert discovery is required, a revised schedule for further proceedings. *Id.*

      On October 1, 2025, however, most SEC personnel were furloughed (with limited exception) and have been prohibited from working. SEC counsel assigned to this matter are furloughed and have thus been unavailable to work on it, as federal law prohibits furloughed employees from working on a voluntary basis. *See* 31 U.S.C. § 1342. SEC counsel's unavailability during the appropriations lapse has prevented the parties from conferring substantively regarding the need for expert discovery, if any, and the proposed schedule for further proceedings. It has also required the parties to adjourn depositions tentatively scheduled for October, including the depositions of Defendants.

      Given these circumstances, it is appropriate to stay this case until the lapse in appropriation ends and to adjourn the fact discovery and related deadlines under the case management plan (Dkt. 64) for the number of days during which the lapse in appropriations continues.

      Respectfully submitted,

      <u>/s/ *David Zetlin-Jones*</u>
      David Zetlin-Jones
      Trial Counsel
      SEC Division of Enforcement

Hon. Naomi Reice Buchwald
October 23, 2025
Page 2

cc: Counsel of record (by ECF)
    Elon Berk, Esq. (by email)
    Dmitry Gurovich, Esq. (by email)
    Michael Cohen / Carl Arnal (by email)
    Christopher Vaughan (by email)