

**NEW YORK**
**REGIONAL OFFICE**

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

January 28, 2026

**VIA ECF**
The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:    <u>SEC v. Thompson Hunt and Associates, Ltd., et al., No. 24-cv-6035</u>

Dear Judge Buchwald:

Pursuant to Section 6.B of the Revised Case Management Plan and Scheduling Order (Dkt. No. 76), Plaintiff Securities and Exchange Commission ("SEC"), jointly with the undersigned Defendants, respectfully notify the Court that no expert discovery will be required in this action.[1] Accordingly, the parties request that the Court enter the following revised schedule:

- **Fact Discovery**: All fact discovery must be completed by **February 27, 2026**.
- **Summary Judgment Motions**: Any request for a pre-motion conference concerning an anticipated motion for summary judgment must be filed no later than **April 13, 2026** (45 days from the completion of all discovery).

The proposed schedule maintains the current fact discovery cut-off (February 27, 2026) but shortens the current summary judgment deadline from May 11 to April 13, 45 days from the close of fact discovery. The parties intend to use this time both to prepare for summary judgment and to pursue potential settlement of this case. In this regard, the SEC and certain Defendants recently have had productive settlement discussions, the resolution of which may limit the number of parties and issues for summary judgment.

*Application granted.*

*Reice Buchwald*
*USDJ*
*1/29/26*

       *     *     *     *     *

---

[1] On January 21, 2026, the SEC and all Defendants, except Richard Gavzie, met and conferred regarding expert discovery, and the attending parties agreed that no such discovery is needed in this case. On January 26, 2026, the SEC provided Gavzie's counsel a draft of this letter, but the SEC received no response, and Gavzie has not otherwise indicated any intent to pursue expert discovery in this action.